JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** HSI

**City:** _____
**County:** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name:** Avvani Jeffers    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 610 Durfee St., Fall River, MA

**Birth date (Yr only):** 2001   **SSN (last 4#):** ____   **Sex:** F   **Race:** ____   **Nationality:** ____

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Elizabeth Riley   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/18/2024   **Signature of AUSA:** _/s/_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Avvani Jeffers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594 | Conspiracy to Commit Sex Trafficking | 1 |
| Set 2 | 18 U.S.C. §§ 1591 (a)(1), (a)(2), (b)(1), (b)(2), (c) and 2 | Sex Trafficking by Force, Fraud, or Coercion; and Sex Trafficking of a Minor; Aiding and Abetting | 3 |
| Set 3 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c) | Sex Trafficking of a Minor; Aiding and Abetting | 4 |
| Set 4 | 18 U.S.C. § 1594(d) | Sex Trafficking Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** HSI

**City:**
**County:** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☒ No

**Defendant Name:** Tre Sean Reid   Juvenile: ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☒ No

**Alias Name:** TRE'SEAN REID; "Traq"
**Address:**
**Birth date (Yr only):** 2002  **SSN (last 4#):** _____  **Sex:** M  **Race:** Black  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Elizabeth Riley  **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____

**Victims:** ☒ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☒ Yes  ☐ No

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment
**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/18/2024   **Signature of AUSA:** /s/

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Tre Sean Reid

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594 | Conspiracy to Commit Sex Trafficking | 1 |
| Set 2 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) and 2 | Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. § 1594(d) | Sex Trafficking Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI

**City** _____

**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Name** Tyreik Reid    **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** "Reiko"

**Address:** _____

**Birth date (Yr only):** 2003    **SSN (last 4#):** 2193    **Sex:** M    **Race** Black    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Elizabeth Riley    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/18/2024    **Signature of AUSA:** _____

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Tyreik Reid

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594 | Conspiracy to Commit Sex Trafficking | 1 |
| Set 2 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) and 2 | Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. § 1594(d) | Sex Trafficking Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[blank box]

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** II     **Investigating Agency** HSI

**City** _____

**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

Defendant Name: Christy Parker     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Christy Janice Parker; "Lula"

Address: Bristol County HOC, North Dartmouth, MA

Birth date (Yr only): 1997    SSN (last 4#): 3848    Sex: F    Race: Black    Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Elizabeth Riley     Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Bristol County HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/18/2024     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Christy Parker

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594 | Conspiracy to Commit Sex Trafficking | 1 |
| Set 2 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) and 2 | Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. §§ 1591 (a)(1), (a)(2), (b)(1), (b)(2), (c) and 2 | Sex Trafficking by Force, Fraud, or Coercion; and Sex Trafficking of a Minor; Aiding and Abetting | 3 |
| Set 4 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c) | Sex Trafficking of a Minor; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1594(d) | Sex Trafficking Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI

**City** _____
**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name** Alexander Smalls    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name:** Alexander Xavier Smalls; "Fooley"

**Address:** _____

**Birth date (Yr only):** 1999  **SSN (last 4#):** 6017  **Sex:** M  **Race:** Black  **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Elizabeth Riley    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty __  ☐ Misdemeanor __  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/18/2024    **Signature of AUSA:** /s/

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Alexander Smalls

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594 | Conspiracy to Commit Sex Trafficking | 1 |
| Set 2 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) and 2 | Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. §§ 1591 (a)(1), (a)(2), (b)(1), (b)(2), (c) and 2 | Sex Trafficking by Force, Fraud, or Coercion; and Sex Trafficking of a Minor; Aiding and Abetting | 3 |
| Set 4 | 18 U.S.C. § 1594(d) | Sex Trafficking Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

∽JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet       U.S. District Court - District of Massachusetts

**Place of Offense:** MA   **Category No.** II   **Investigating Agency** HSI

**City** _____

**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name** Cory Primo   **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Cory Lee Primo; "Mamma C"

**Address:** _____

**Birth date (Yr only):** 1982   **SSN (last 4#):** 2789   **Sex:** F   **Race:** _____   **Nationality:** White

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Elizabeth Riley   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/18/2024   **Signature of AUSA:** *[signature]*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Cory Primo

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594 | Conspiracy to Commit Sex Trafficking | 1 |
| Set 2 | 18 U.S.C. §§ 1591 (a)(1), (a)(2), (b)(1), (b)(2), (c) and 2 | Sex Trafficking by Force, Fraud, or Coercion; and Sex Trafficking of a Minor; Aiding and Abetting | 3 |
| Set 3 | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c) | Sex Trafficking of a Minor; Aiding and Abetting | 4 |
| Set 4 | 18 U.S.C. § 1594(d) | Sex Trafficking Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013