UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 24-CR-10176-AK |
| | ) | |
| AVVANI JEFFERS | ) | |

## **DEFENDANT'S MOTION FOR RULE 11 HEARING**

Defendant Avvani Jeffers, by her attorney, hereby requests that the Court schedule a Rule 11 Hearing in this matter. The parties have engaged in plea negotiations and have a plea agreement that has been filed with the Court. As such, Ms. Jeffers is prepared to enter a guilty plea at the Court's convenience.

AVVANI JEFFERS
By her attorney,

*/s/ Jessica P. Thrall*
Jessica P. Thrall #670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617 – 223- 8061

CERTIFICATE OF SERVICE

      I, Jessica P. Thrall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2025.

                                                                */s/ Jessica P. Thrall*
                                                                Jessica P. Thrall